Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA  90017
(213) 689-3014  FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                                  ) Case No.: 2:19-23172-VZ
                                        )
   Pleto, Dolores Santiago              ) TRUSTEE'S NOTICE OF
                                        ) UNCLAIMED DIVIDEND
                                        ) (Bankruptcy Rule 3011)
                                        )
                                        )
                                        )

   TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   Please find annexed hereto Check No. 818454 in the sum of $1,018.72 representing the total amount of unclaimed dividend in the above-entitled debtor's estate.  The check was not deliverable at the address of record.  The Trustee, after due diligence, has not been able to locate the payee.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The record reflects the name and address of the party entitled to said unclaimed dividend to be:

               Dolores Santiago Pleto
               2062 Tombur Drive
               Hacienda Heights, CA  91745

Date:  June 23, 2021                    /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

Nancy Curry Chapter 13 Trustee
Pay to: 50033000  U.S. BANKRUPTCY COURT    Check No: 818454
OUR OFFICE HAS MOVED TO:  1000 WILSHIRE BLVD., SUITE 870, LOS ANGELES, CA 90017

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 1923172-VZ | 999-0 | PLETO, DOLORES SANTIAGO | | 0.00 | 1,018.72 | 0.00 | 1,018.72 |

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**Nancy Curry**
**Chapter 13 Trustee**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA  90017

Disbursement Account
Suntrust Bank

64-79 / 611

No. 818454

June 16, 2021

PAY** One Thousand Eighteen Dollars and 72 Cents***********************************
TO THE ORDER OF

AMOUNT    ******$1,018.72******

VOID AFTER September 14, 2021

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE ST., RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry*

⑈818454⑈ ⑆061100790⑆ 000000575200 ⑈